**1622-CC01133**

Electronically Filed - City of St. Louis - April 25, 2016 - 11:42 AM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| JOHN KELLY AND LINDA KELLY,                )<br>)<br>)<br>Plaintiff,                )<br>)<br>vs.                )<br>)<br>AUTO- OWNERS INSURANCE                )<br>COMPANY,                )<br>)<br>Serve:  Missouri Dept. of Insurance  )<br>301 West High St., Rm. 530  )<br>Jefferson City, MO  65101  )<br>)<br>Defendant.                ) | Cause No. |

## PETITION

### COUNT I

COMES NOW Plaintiffs, John Kelly and Linda Kelly, by and through their attorneys of record and for their claim and cause of action against the Defendant, Auto-Owners Insurance Company, states and alleges as follows:

1. That Plaintiffs are residents of Reynolds County, State of Missouri.

2. That Defendant Auto Owners Insurance Company does business in the City of St. Louis, making jurisdiction proper.

3. Upon information and belief, Defendant Auto-Owners Insurance Company ("Auto Owners") is an insurance company which is licensed to conduct and does conduct the systematic and continuous business of insurance within Missouri, including St. Louis City. Auto- Owners Insurance has an office or agent for the transaction of its usual and customary

Page 1 of 4
Cause No. _____



business in St. Louis City, including independent agents who have the authority to bind Auto-Owners and who solicit and submit insurance applications for Auto-Owners.

4. In consideration of the payment of a stated premium, Auto-Owners Insurance Company made and issued to Plaintiff its policy of automobile insurance insuring Plaintiff and their vehicle.

5. Among other things, the automobile insurance policy provided "Underinsured Motorist " coverage.

6. The said policy was in full force and effect at all relevant times.

7. On or about May 16, 2011, Plaintiffs were involved in a motor vehicle collision caused by Kylee Barton who was operating her automobile on Missouri Highway 21 in the County of Reynolds, State of Missouri, when Defendant carelessly and negligently made a turn onto Rt. H, colliding with Plaintiffs' vehicle.

8. As a direct and proximate result of Barton's carelessness and negligence as described herein, Plaintiffs suffered injuries.

9. As a direct and proximate result of Defendant Barton's carelessness and negligence as described herein, Plaintiff John Kelly suffered injuries to his neck, head and chest and will continue to experience pain and suffering as a result of his injuries in the future.

10. As a direct and proximate result of the Defendant Barton's carelessness and negligence and the injuries to Plaintiff described herein, Plaintiff has incurred medical expenses in an amount in excess of $50,000.00 and is reasonably certain to sustain additional expense in the future on account of medical treatment.

11. As a direct and proximate result of Defendant Barton's carelessness and negligence as described herein, Plaintiff Linda Kelly suffered injuries to her chest, neck, back, arms, legs and head and will continue to experience pain and suffering as a result of her injuries in the future.

12. As a direct and proximate result of the Defendant Barton's carelessness and negligence and the injuries to Plaintiff described herein, Plaintiff has incurred medical expenses in excess of $50,000.00 is reasonably certain to sustain additional expense in the future on account of medical treatment.

13. Driver Barton carried auto insurance with Automobile Club Inter-Insurance Exchange, with a policy limit of $100,000.00.

14. This policy limit has been exhausted by Plaintiffs, receiving settlement of the policy limits on or about April 2, 2015.

15. That Plaintiffs seek to recover from Defendant Auto-Owners under their underinsured motorist coverage with Defendant.

WHEREFORE, Plaintiff Linda Kelly, prays judgment against Defendant Auto-Owners Insurance Company, in excess of $50,000.00, along with their costs incurred herein.

### COUNT II-LOSS OF CONSORTIUM OF JOHN KELLY

COMES NOW Plaintiff, John Kelly, by and through his attorneys of record and for his claim and cause of action against the Defendant, Auto-Owners Insurance Company, states and alleges as follows:

16. Plaintiff restates and re-alleges paragraphs 1-15 as thought fully set out herein.

17. That as a result of Linda Kelly's injuries, John Kelly has lost the benefit of her services and love and affection.

WHEREFORE, John Kelly prays this Court grant him judgment against Auto-Owners Insurance Company and for any other relief this Court deems just.

By */s/ Andrew G. Toennies*
  Andrew G. Toennies #44689
  LASHLY & BAER, P.C.
  714 Locust Street
  St. Louis, MO  63101
  (314) 621-2939
  (314) 621-6844 (Fax)

  Attorney for Plaintiff



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division: BRYAN L HETTENBACH | Case Number: 1622-CC01133 | Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: JOHN KELLY  vs. | Plaintiff's/Petitioner's Attorney/Address ANDREW GERARD TOENNIES 714 LOCUST STREET ST. LOUIS, MO  63101 | Process Server 2 |
| | | Process Server 2 |
| Defendant/Respondent: AUTO OWNERS INSURANCE COMPANY | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO  63101 | |
| Nature of Suit: CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: AUTO OWNERS INSURANCE COMPANY
　　　　　　　　　　　　Alias:
MISSOURI DEPT OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO  65101

**COLE COUNTY, MO**



COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Thomas Kloeppinger_

APRIL 25, 2016
Date

Thomas Kloeppinger
Circuit Clerk

Further Information:

### Sheriff's or Server's Return
**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____　　　　　　　　_____
Printed Name of Sheriff or Server　　　　　Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)

Subscribed and sworn to before me on _____ (date).

My commission expires: _____　　_____
　　　　　　　　　　　　　　　　Date　　　　　Notary Public

**Sheriff's Fees, if applicable**
Summons　$_____
Non Est　$_____
Mileage　$_____ ( ____ miles @ $ .____ per mile)
Total　$_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | | |
|---|---|---|
| JOHN KELLY AND LINDA KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.    1622-CC01133 |
| | ) | |
| AUTO- OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Serve:   Missouri Dept. of Insurance<br>301 West High St., Rm. 530<br>Jefferson City, MO  65101 | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Plaintiffs, for their Motion For Appointment of Special Process Server, requests the appointment by the Circuit Clerk for Jose Pineiro, Missouri Process Serving, LLC, 1430 Washington Ave, Suite 220, St Louis, MO 63103, telephone number (314) 825-5512, natural persons of lawful age, to serve the Summons and Petition in this cause on the Defendants herein. This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

Serve:
Missouri Dept. of Insurance
301 West High St., Rm. 530
Jefferson City, MO  65101

By */s/ Andrew G. Toennies*
Andrew G. Toennies   #44689
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO 63101
(314) 621-2939
(314) 621-6844 (Fax)

Attorney for Plaintiff

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

**FILED**
APR 2 6 2016
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

JOHN KELLY AND LINDA KELLY, )
)
)
Plaintiff, )
)
vs. ) Cause No.    1622-CC01133
)
AUTO- OWNERS INSURANCE )
COMPANY, )
)
Serve:   Missouri Dept. of Insurance )
301 West High St., Rm. 530 )
Jefferson City, MO  65101 )
)
Defendant. )

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Plaintiffs, for their Motion For Appointment of Special Process Server, requests the appointment by the Circuit Clerk for Jose Pineiro, Missouri Process Serving, LLC, 1430 Washington Ave, Suite 220, St Louis, MO  63103, telephone number (314) 825-5512, natural persons of lawful age, to serve the Summons and Petition in this cause on the Defendants herein. This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

Serve:
Missouri Dept. of Insurance
301 West High St., Rm. 530
Jefferson City, MO  65101

Electronically Filed - City of St. Louis - April 26, 2016 - 09:18 AM

Electronically Filed - City of St. Louis - April 26, 2016 - 09:18 AM

By /s/ Andrew G. Toennies
    Andrew G. Toennies   #44689
    LASHLY & BAER, P.C.
    714 Locust Street
    St. Louis, MO 63101
    (314) 621-2939
    (314) 621-6844 (Fax)

    Attorney for Plaintiff



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1622-CC01133 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>JOHN KELLY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW GERARD TOENNIES<br>714 LOCUST STREET<br>ST. LOUIS, MO  63101 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>AUTO OWNERS INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   AUTO OWNERS INSURANCE COMPANY
                            Alias:
MISSOURI DEPT OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO  65101

**SPECIAL PROCESS SERVER**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**June 9, 2016**                            _Thomas Kloeppinger_
_____              _____
Date                                          Clerk

*CITY OF ST LOUIS*

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____          _____
                           Date                    Notary Public

**Sheriff's Fees**
Summons                    $_____
Non Est                    $_____
Sheriff's Deputy Salary
Supplemental Surcharge     $   10.00
Mileage                    $_____  ( _____ miles @ $_____ per mile)
**Total**                  $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: BRYAN L HETTENBACH | Case Number: 1622-CC01133 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: JOHN KELLY vs. | Plaintiff's/Petitioner's Attorney/Address ANDREW GERARD TOENNIES 714 LOCUST STREET ST. LOUIS, MO 63101 | Special Process Server 2 Special Process Server 3 |
| Defendant/Respondent: AUTO OWNERS INSURANCE COMPANY Nature of Suit: CC Breach of Contract | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: AUTO OWNERS INSURANCE COMPANY
Alias:
MISSOURI DEPT OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

**SPECIAL PROCESS SERVER**

COURT SEAL OF CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

June 9, 2016                   _Thomas Kloeppinger_
       Date                             Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to Mo DEPT of INSURANCE KIM LANDERS (name) designee (title).
☐ other _____
Served at 301 W. High St., Room 530, Jefferson City MO 65101 (address)
in Cole (County/City of St. Louis), MO, on 06/09/16 (date) at 3:12 pm (time).

DAVID M. ROBERTS
Printed Name of Sheriff or Server                     Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
(Seal)   Subscribed and sworn to before me on  6-10-16 (date)
         My commission expires:  12-4-16
                                  Date                            Notary Public

**Sheriff's Fees**
Summons          $
Non Est          $
Sheriff's Deputy Salary
Supplemental Surcharge   $ 10.00
Mileage          $_____ (____ miles @ $____ per mile)
Total            $

PATRICIA J. ROBERTS
Notary Public-Notary Seal
STATE OF MISSOURI-County of Cole
Commission #12481691
My Commission Expires Dec. 4, 2016

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 16-SMCC-7031      1 of 1      Civil Procedure Form No. 1, Rules 54.01 -- 54.05, 54.13, and 54.20; 506.120 -- 506.140, and 506.150 RSMo

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| JOHN KELLY AND LINDA KELLY, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No.   1622-CC01133 |
| AUTO- OWNERS INSURANCE COMPANY, | ) |
| Defendant. | ) |

### MEMORANDUM FOR THE CLERK

COMES NOW, Plaintiffs and hereby files her Return of Service on Defendant from Special Process Server. Defendant served on June 10, 2016.

By   /s/ Andrew G. Toennies
Andrew G. Toennies    #6212112
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939
(314) 621-6844 (Fax)

Attorney for Plaintiff

State of Missouri

## Department of Insurance, Financial Institutions and Professional Registration



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

AUTO OWNERS INSURANCE COMPANY
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE, SUITE 400
CLAYTON, MO 63105

**RE:** Court: St. Louis City Circuit Court, Case Number: 1622-CC01133

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 9th day of June, 2016.

Director of Insurance, Financial Institutions
and Professional Registration

**AFFIDAVIT**

State of Missouri,
                    ss.
County of Cole,

The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on ___June 14___, 2016 by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance, Financial Institutions and
Professional Registration

By: _Kim Sanders_

Subscribed and sworn to before me this 14th day of June, 2016.

_Kathryn Latimer_
Notary Public
My commision expires:

KATHRYN LATIMER
My Commission Expires
March 4, 2020
Cole County
Commission #12418395

State of Missouri

# Department of Insurance, Financial Institutions and Professional Registration



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

AUTO OWNERS INSURANCE COMPANY
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE, SUITE 400
CLAYTON, MO 63105

**RE:** Court: St. Louis City Circuit Court, Case Number: 1622-CC01133

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 9th day of June, 2016.

Director of Insurance, Financial Institutions
and Professional Registration

**AFFIDAVIT**

State of Missouri,
                    ss.
County of Cole,

The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on _June 14_, _2016_ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance, Financial Institutions and
Professional Registration

By: _____

Subscribed and sworn to before me this 14th day of June, 2016.

Notary Public KATHRYN LATIMER
My commission expires:
My Commission Expires
March 4, 2020
Cole County
Commission #12418395