UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN KELLY and LINDA KELLY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:16CV01106 AGF |
| | ) |
| AUTO OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This insurance coverage case is before the Court on Plaintiffs' motion for designation of a neutral not on the Court's certified list of neutrals. The Court's Local Rule permits appointment of an individual not on the list of certified neutrals for good cause, such as when the neutral has special subject matter expertise germane to a particular case. *See* L.R. 16-6.03(B)(2). However, this is a straight-forward case involving claims for underinsured motorist coverage, and does not appear to require specialized subject matter expertise not possessed by other neutrals on the Court's certified list, and the parties have not offered good cause for such special appointment.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for designation of a neutral

not on the Court's certified list of neutrals is **DENIED**. (Doc. No. 26.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2017.